No. 71. Diaz Caneja *v.* Sucesión Ceballos.—Casación procedente de la Corte de Distrito de San Juan. Resuelto en Junio 4, 1902. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Hernández López.* Abogado del recurrido: *Sr. Cuevillas.*

---

No. 40. Sucesión Zarat *v.* Sucesión Skerret.—Casación procedente de la Corte de Distrito de San Juan. Resuelto en Octubre 15, 1902. Se declaró abandonado el recurso por haber transcurrido más de un año sin instarse el curso de los autos por la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. López Landrón.*

---

No. 56. Cajigas *v.* Sucesión Prats.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Noviembre 18, 1902. Se declaró nulo todo lo actuado ante el Tribunal Supremo por no haber sido notificada la sentencia del inferior á algunos de los demandados declarados rebeldes. Abogados de los recurrentes: *Sres. Palacios Rodríguez é Hidalgo.* Abogado del recurrido: *Sr. Alvarez Nava.*

---

No. 23. Rodríguez *v.* Castaing Et Al.—Casación procedente de la Corte de Distrito de Ponce. Resuelto en Noviembre 19, 1902. Se declaró nulo todo lo actuado ante el Tribunal Supremo por no haber sido notificada la sentencia del inferior á todos los demandados, ni haber sido éstos emplazados para su comparecencia ante el Tribunal Supremo. Abogado del recurrente: *Sr. Rossy, (Manuel F.).* Abogado del recurrido: *Sr. Guzmán Benítez, (José).*